**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24 B 18215 |
| Juanita R White, ) | HON. Donald R Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

To: Thomas H. Hooper, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603, via electronic court notification;

Adam G. Brief, Office of the U. S. Trustee, Region 11, 219 South Dearborn, Room 873, Chicago, IL 60604-2027;

Juanita R White, 8337 S. Carpenter St, Chicago, IL 60620;

David P. Holtkamp, Chicago, IL. 121 North LaSalle Street, Suite 600 Chicago, IL 60602;

PLEASE TAKE NOTICE that on March 13, 2025, at 09:30 a.m., I will appear before the Honorable Judge Donald R Cassling, or any judge sitting in that judge's place, either in courtroom 619 of the United States Bankruptcy Court, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, Chambers 656, Chicago, IL 60604 or electronically as described below, and present the motion to exceed page limitation, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 414 7941, and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

/s/ *Mike Miller*
Attorney for Debtor

# CERTIFICATE OF SERVICE

I, Derrick Fleming,

☐ an attorney, certify

- or -

☒ a non-attorney, declare under penalty of perjury under the laws if the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list via regular U.S. Mail with postage prepaid from the mailbox located at 11101 S Western Ave, Chicago, IL 60643 on February 28, 2025.

/s/ *Derrick Fleming*
Office Manager

The Semrad Law Firm, LLC
11101 S. Western Ave.
Chicago, IL 60643
(312) 913-0625
dfleming@semradlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 24 B 18215 |
| Juanita R White, ) | HON. Donald R Cassling |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO EXCEED PAGE LIMITATION

NOW COMES the debtor, Juanita R White by and through debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to allow the Debtor's Response Brief to exceed the page limitation, and in support thereof states as follows:

1. The City of Chicago filed an objection to confirmation on January 21, 2025

2. The Court set a briefing schedule, allowing the Debtor until February 27, 2025, to file a response and the City of Chicago until March 13, 2025, to file its reply, with a status hearing scheduled for March 20, 2025. The Debtors filed their brief on February 27, 2025.

3. Chicago's objection seeks to delay the payment of debtor attorney fees in Chapter 13 cases, which raises significant concerns for the entire debtor bar. The objection presents a range of arguments, including statutory interpretation, legislative history, and policy considerations, and has been raised in three separate cases. Additionally, it is anticipated that Chicago may appeal against any adverse ruling.

4. Under Local Rule 5005-3 D, briefs or memoranda are generally limited to fifteen pages unless prior approval from the Court is obtained. While the Debtors have made efforts to be concise, a thorough response to all of Chicago's arguments necessitated a 34-page brief. The Debtors aimed to ensure that all arguments were fully presented in anticipation

of a potential appeal.

        WHEREFORE, the Debtor, Juanita R White respectfully requests that this Honorable Court to enter an Order allowing Debtor's response brief to be allowed to exceed the 15-page limitation, and for such other relief.

Respectfully Submitted,

/s/ *Mike Miller*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S Western Ave
Chicago, IL 60643
312-256-8728
312-680-1741 (fax)
mmiller@semradlaw.com